UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JENNIFER VAZQUEZ RIVERA,<br>Plaintiff<br><br>v.<br><br>KILOLO KIJAKAZI,<br>*Acting Commissioner of Social Security*<br>Defendant | CIVIL NO. 4:21-CV-00215<br><br><br>(ARBUCKLE, M.J.) |

ORDER

In accordance with the accompanying memorandum opinion, it is ORDERED that:

(1) This case is REMANDED to the Commissioner for further consideration pursuant to sentence four of 42 U.S.C. § 405(g).

(2) Final Judgment will be issued in favor of Plaintiff, Jennifer Vazquez Rivera, by separate order.

(3) The Clerk of Court is DIRECTED to CLOSE this case.

Date: September 27, 2022                     BY THE COURT

*s/William I. Arbuckle*
William I. Arbuckle
U.S. Magistrate Judge